UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-60428-CIV-JORDAN

| | |
|---|---|
| WILLIAM TRAINOR | ) |
| Petitioner | ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA | ) ) |
| Respondent | ) ) |

**ORDER**

Mr. Trainor's petition for a writ of mandamus [D.E. 43] is DENIED. First, this case is closed, and I do not have jurisdiction to entertain a mandamus petition in *this* case. Second, even if I had jurisdiction, I would not grant Mr. Trainor's petition. Mr. Trainor's Fifth Amendment claims were rejected in *SEC v. Trainor,* Case No. 98-01533(D.D.C.).

DONE and ORDERED in chambers in Miami, Florida, this 3rd day of October, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
William Trainor, pro se
Reg. No. 09598-158 Unit J1A
FMC - Devens
P.O. Box 879
Ayer, MA 01432