UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-60428-CIV-JORDAN
(CRIMINAL CASE NO. 01-6215-CR-JORDAN)

| | |
|---|---|
| WILLIAM TRAINOR | ) |
|     Movant/Petitioner | ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA | ) ) |
|     Respondent | ) ) ) |

### ORDER ON RULE 60(b) MOTION TO VACATE

Mr. Trainor's Rule 60(b) motion to vacate the judgment and to set aside his conviction and sentence petition for a writ of mandamus [D.E. 47 in Case No. 06-60428-Civ-Jordan and D.E. 191 in Case No. 01-6215-Cr-Jordan] is DENIED in the criminal case and DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION in the civil case, for the reasons which follow.

First, Mr. Trainor cannot use Rule 60(b) to set aside his conviction and sentence in the criminal case, Case No. 01-6215-Cr-Jordan. As the Eleventh Circuit has explained, "Rule 60(b) does not provide for relief from judgment in a criminal case." *Altman v. United States*, 271 Fed. Appx. 944, 945 (11th Cir. 2008) (citing cases). To the extent that Rule 60(b) provides any remedy for Mr. Trainor, it is only in his civil case – the case in which he sought to vacate his conviction under 28 U.S.C. § 2255 (Case No. 06-60428-Civ-Jordan). The Rule 60(b) motion in the criminal case is therefore denied.

Second, Mr. Trainor's Rule 60(b) motion in Case No. 06-60428-Civ-Jordan is properly viewed as a successive motion to vacate under § 2255 because it presents a "new claim for relief" on the merits that was not presented in the earlier motion to vacate (i.e., the Supreme Court's recent decision in *United States v. Boulware,* 128 S.Ct. 1168 (2008)). *See Gonzalez v. Crosby,* 525 U.S. 524, 532-35 (2005); *United States v. Quinones,* 2006 WL 2726232, *1 (11th Cir. 2006). This means that Mr. Trainor must obtain the authorization of the Eleventh Circuit before filing his successive motion to vacate based on *Boulware. See* 28 U.S.C. § 2255(h); 28 U.S.C. § 2244(b)(2)-(3). The

Rule 60(b) motion in the civil case id dismissed without prejudice for lack of jurisdiction, and I do not reach the merits of Mr. Trainor's *Boulware* claim.

The clerk shall file a copy of this order in both cases.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of October, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

William Trainor, pro se
Reg. No. 09598-158 Unit J/A
FMC - Devens
P.O. Box 879
Ayer, MA 01432

2